McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Room 10-100
Sacramento, California  95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LEONARDO JAIME-RENDON,<br><br>            Defendant.<br>_____ | Case No. 2:05-cr-0118 MCE<br><br>MOTION TO DISMISS INDICTMENT<br>AND [PROPOSED] ORDER |

The United States requests leave of court to dismiss the indictment in this case, filed on March 23, 2005, with prejudice. Fed. R. Crim. P. 48(a).  The government's motion is made because the defendant Leonardo JAIME-RENDON resolved his case by pleading guilty to a Superseding Information in Case No. CR-S-05-0117 MCE. This Court sentenced JAIME-RENDON to 21 months imprisonment on October 25, 2005, in Case No. CR-S-0117 MCE. Defendant's custody status does not change because he is serving his federal prison sentence.

DATED: February 24, 2006            McGREGOR W. SCOTT
                                    United States Attorney


                                    By/s/Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney

1

**ORDER**

Based upon the government's motion to dismiss the indictment, **IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment against Leonardo JAIME-RENDON, filed on March 23, 2005, in Case No. 05-0118 MCE, is DISMISSED with prejudice for the reasons set forth in the government's motion to dismiss.

DATED: March 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2